AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:16-CV-07590

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* S8 ASIAN CORP dba AMAZE FUSION AND LOUNGE 1066 FIRST AVENUE NEW YORK, NY 10022
was received by me on *(date)* SEP 29 2016.

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)* _____, a person of suitable age and discretion who resides there, on *(date)* _____, and mailed a copy to the individual's last known address; or

☒ I served the summons on *(name of individual)* JANE DOE, who REFUSED TO GIVE HER TRUE NAME, CASHIER, who is designated by law to accept service of process on behalf of *(name of organization)* S8 ASIAN CORP dba AMAZE FUSION AND LOUNGE on *(date)* SEP 29 2016 ; or AT 5:57 PM.

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: SEP 30 2016

Server's signature

ALVIN J. GONZALEZ, PROCESS SERVER
Printed name and title

153 EAST 110TH STREET
NEW YORK, NY 10029
Server's address

Additional information regarding attempted service, etc:

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No. 1:16-CV-07590

## PROOF OF SERVICE
*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* LI SHYN LIN

was received by me on *(date)* SEP 29 2016. 1966 FIRST AVENUE NEW YORK, NY 10022

☐ I personally served the summons on the individual at *(place)* _____ on *(date)* _____ ; or

ASK ☒ I left the summons at the individual's ~~residence or usual~~ place of ~~abode~~ with *(name)* BUSINESS JANE DOE WHO REFUSED TO GIVE HER TRUE NAME, CO-WORKER, a person of suitable age and discretion who resides there, on *(date)* SEP 29 2016, and mailed a copy to the individual's last known address; or AT 5:57 PM.

☐ I served the summons on *(name of individual)* _____, who is designated by law to accept service of process on behalf of *(name of organization)* _____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*

My fees are $ _____ for travel and $ _____ for services, for a total of $ 0.00.

I declare under penalty of perjury that this information is true.

Date: SEP 30 2016

*Server's signature*

ALVIN J. GONZALEZ, PROCESS SERVER
*Printed name and title*

153 EAST 104TH STREET
NEW YORK, NY 10029
*Server's address*

Additional information regarding attempted service, etc: