UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

Ling Qian Yu,

                Plaintiff,

-against-

58 Asian Corp. et al.,

                Defendants.

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 5/14/2019
```

1:16-cv-07590 (AJN) (SDA)

ORDER

**STEWART D. AARON, UNITED STATES MAGISTRATE JUDGE:**

    This case contains claims under the Fair Labor Standards Act. On April 20, 2019 an Order was issued on the parties' consent referring disposition of this matter to the undersigned pursuant to 28 U.S.C. § 636(c). (ECF No. 69.) On May 9, 2019 the parties submitted their proposed settlement agreement. (ECF No. 72.) On May 13, 2019 Plaintiff made a supplemental submission as Ordered by the Court. (ECF No. 74.) Having reviewed the proposed settlement, the Court finds that it is fair and reasonable. *See Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199 (2d Cir. 2015). The settlement is approved.

    Accordingly, this action is dismissed with prejudice and without costs except as may be stated in the settlement agreement. The Court will retain jurisdiction to enforce the settlement agreement. The Clerk is requested to close the case.

**SO ORDERED.**

DATED:    New York, New York
              May 14, 2019

                                         */s/ Stewart D. Aaron*
                                         STEWART D. AARON
                                         United States Magistrate Judge